1  ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2  MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney
4
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102-3495
     Telephone: (415) 436-7298
6    FAX: (415) 436-6748
     elizabeth.kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12  DANI RAFIK KATAYA,

13                  Plaintiff,                    C 3:23-01019 TSH

14      v.                                        **STIPULATION REMANDING CASE TO
                                                  UNITED STATES CITIZENSHIP AND
15                                                IMMIGRATION SERVICES, PURSUANT TO
                                                  8 U.S.C. § 1447(b) and [PROPOSED] ORDER**
16  ALEJANDRO MAYORKAS, Secretary of U.S.
    Department of Homeland Security, *et al*.,
17
                  Defendants.
18

19

20      Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to

21  adjudicate his application for naturalization that was pending before the United States Citizenship and

22  Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been

23  interviewed.  USCIS now is prepared to resolve this matter by adjudicating Plaintiff's application for

24  naturalization.  However, USCIS cannot adjudicate the application until the Court remands the matter to

25  the agency.  *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b)

26  case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160

27  (9th Cir. 2004) (accord).

28

Stipulation to Remand
C 3:23-cv-01019 TSH                          1

1        Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

2        1.        USCIS will schedule Plaintiff for a re-interview within three weeks of the remand.

3        2.        The Court shall remand this case to USCIS, 630 Sansome Street, San Francisco, CA

4   94111, directing the agency to take all necessary actions, and to issue a decision on Plaintiff's

5   application for naturalization within fourteen days of the reinterview, absent unforeseen circumstances.

6        3.        If USCIS does not issue a decision on Plaintiff's application for naturalization within the

7   time frame set forth in paragraph 2 above, Defendants will not oppose any request by Plaintiff to this

8   Court to vacate the remand order and thereby re-assert jurisdiction over Plaintiff's action pursuant to 8

9   U.S.C. § 1447(b).

10       4.        Each of the parties shall bear their own costs and fees. In accordance with Civil Local

11  Rule 5(h)(3), the filer of this document attests that all signatories listed below concur in the filing of this

12  document.

13  Dated: April 10, 2023                                    Respectfully submitted,

14                                                            ISMAIL J. RAMSEY
                                                              United States Attorney
15

16                                                            /s/ Elizabeth D. Kurlan
                                                              ELIZABETH D. KURLAN
17                                                            Assistant United States Attorney
                                                              Attorneys for Defendants
18

19  Dated: April 10, 2023

20                                                            /s/ Arash Yasrebi
                                                              ARASH YASREBI
21                                                            Attorney for Plaintiff

22                                    [PROPOSED] ORDER

23       Pursuant to stipulation, IT IS SO ORDERED.

24

25  Date:   April 24, 2023

26                                                            THOMAS S. HIXSON
                                                              United States Magistrate Judge
27

28

Stipulation to Remand
C 3:23-cv-01019 TSH                              2